JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | IN ADMIRALTY |
| Plaintiff, | NO. C06-1765 RSM |
| vs. | JUDGMENT |
| MATSON NAVIGATION COMPANY INC.; THE GREEN ROOM, INC. | |
| Defendants. | |

### I. JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor | Federal Insurance Company |
| Judgment Creditor's Atty | Michelle Buhler |
| Judgment Debtor | The Green Room, Inc. |
| Amount of Claim | $19,074 |
| Statutory Fees - 28 USC 1920(1) | $350 |
| Amount of Judgment | $19,424 |

JUDGMENT - 1

C06-1765 RSM

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## II.  JUDGMENT

On February 20, 2006, this Court ordered default against The Green Room, Inc.

IT IS ORDERED AND ADJUDGED that plaintiff recover from The Green Room, Inc. $19,424.

IT IS ORDERED that judgment in the amount of $19,424 is hereby entered against The Green Room, Inc.

DATED this 9th day of March, 2007.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP


By __/s/_ Michelle Buhler_____
     Michelle Buhler, WSBA #16235
     Attorneys for Plaintiff

JUDGMENT - 2

C06-1765 RSM

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717